

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00394-CR

Lauro **TERRAZAS** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR6562
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, Appellant's motion to dismiss this appeal is GRANTED. This appeal is DISMISSED.

SIGNED October 24, 2018.

_____
Patricia O. Alvarez, Justice